HUGH PATTINSON AND RICHARD PATTINSON, MERCHANTS
UNDER THE FIRM NAME OF HUGH PATTINSON & CO.
v.
WILLIAM BURNETT

1807

JOURNAL ENTRIES

1. Alias ordered . . . . . . . . . . . *Journal, infra,* *p. 54
2. Discontinuance . . . . . . . . . . . . . " 129

PAPERS IN FILE

1. Capias ad respondendum . . . . . . . . . . . . .

JOHN ASKIN
v.
PATRICK McGULPIN

1807

JOURNAL ENTRIES

1. Discontinuance . . . . . . . . . . . *Journal, infra,* *p. 54

PAPERS IN FILE
[None]